E-filed 3/31/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BRAVO,<br><br>           Plaintiff,<br><br>    v.<br><br>CITIMORTGAGE, INC, et al.,<br><br>           Defendants. | Case No.15-cv-05797-HRL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 32 |

      Plaintiff Joshua Bravo submitted a request for dismissal pursuant to Federal Rule of Civil Procedure 41(a) asking that the court voluntarily dismiss this action with prejudice. Dkt. No. 32. As Defendant CitiMortgage has filed an answer, to be effective, a dismissal must be either signed by all of the parties that have appeared or confirmed by a court order. No objections have been filed to the request for dismissal. As a result, the court hereby dismisses this action with prejudice. The clerk shall close the file in this case.

      **IT IS SO ORDERED.**

Dated: 3/31/2017

HOWARD R. LLOYD
United States Magistrate Judge